PEOPLE v JONES. Appeal from Wayne, Nathan J. Kaufman, J. Submitted Division 1 December 14, 1971, at Grand Rapids. (Docket No. 11565.) Decided January 28, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Michael R. Mueller,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, for defendant.

Before: T. M. BURNS, P. J., and R. B. BURNS and FITZGERALD, JJ.

MEMORANDUM OPINION. Defendant was convicted by a jury of the crime of breaking and entering an occupied dwelling with intent to commit larceny. MCLA 750.110; MSA 28.305. He was sentenced to a term of 20 months to 15 years and appeals as of right.

An examination of the record and briefs discloses no prejudicial error.

Affirmed.